**Ramona MASON, Plaintiff–Appellant,**

v.

**SPRINT PCS, Defendant–Appellee.**

**No. 01–2461.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Ramona Mason, Appellant Pro Se. Gregory Wenzl Brown, Meredith Regan Summerlin, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ramona Mason appeals the district court's order enforcing the employment

discrimination settlement agreement between Mason and Sprint PCS. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Mason v. Sprint PCS,* No. CA–00–515–3–MU (W.D.N.C. Nov. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*